CARL WENNER, PLAINTIFF-PETITIONER, v. HENRY O. GRYNER *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Norman J. Currie* and *Mr. Sam Weiss* for the petitioner.

*Mr. Joseph F. Mattice* for the respondents.

May 4, 1960.  Denied.

MICHAEL MALLOCK, PETITIONER-PETITIONER, v. ELASTIC STOP NUT CORP., RESPONDENT-RESPONDENT.

*Mr. Leslie S. Kohn* for the petitioner.

*Mr. John W. Taylor* and *Mr. Everitt Rhinehart* for the respondent.

May 16, 1960.  Denied.